# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity; KENNETH BUBIER, an individual; SEAN BYRNE, an individual; TRAVIS PALAZZOLO, an individual; JONATHAN GALINDO, an individual; RICHARD GARCIA, an individual; DOES 1-10, individuals,<br><br>Defendants. | CASE NO. 5:26-cv-02126-SSS-SP<br><br>*Assigned for All Purposes to: Honorable Sunshine Suzanne Sykes – Courtroom 2*<br><br>*Magistrate Judge Sheri Pym*<br><br>**[DISCOVERY MATTER]**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Matter for Determination Before The Honorable Magistrate Judge Sheri Pym]<br><br>*Trial Date: None Set*<br><br>*Complaint filed: May 24, 2026*<br>*FAC filed: May 6, 2026* |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Having considered the proposed Stipulated Protective Order (docket no. 38) filed by the parties, through their respective attorneys of record, the stipulated request for a Protective Order is hereby granted.



Dated: November 9, 2026

**HON. SHERI PYM**
United States Magistrate Judge